# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 00CR1902 JM |
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| MARTIN FLORES-LEDESMA (9), | |
| Defendant. | |

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

___ of the offense(s) as charged in the Indictment/Information:

_____

   IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: May 30, 2012

Jeffrey T. Miller
U.S. District Judge